964

No. 10–289. HUMALA ET VIR v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 10–292. PEREZ ET AL. v. CAREY INTERNATIONAL, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–295. VEASAW v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–296. HARRIS v. HOMECOMING FINANCIAL SERVICES, INC./BANK ONE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–303. LAMANA v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–307. MELENDREZ v. BIERY, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–310. BROEMER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 10–316. GAGALIS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–5124. JOHNSTON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–5282. MASKE v. ESTRADA ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–5655. REYNOLDS v. SUPREME COURT OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 10–5661. BOSIER v. GILA GROUP ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–5664. LEVI v. AEROTEK, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–5665. RHETT v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.